1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

JEFFREY CAMPBELL,

11

Petitioner,

12

v.

Case No. C05-5611RBL

13

HAROLD CLARKE,

ORDER ADOPTING REPORT
AND RECOMMENDATION

14

Respondent.

15

16

17

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold

18

United States Magistrate Judge, objections to the Report and Recommendation, if any, and the

19

remaining record, does hereby find and Order:

20

(1)     The Court adopts the Report and Recommendation;

21

(2)     The petition is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in
the Report and Recommendation.

22

23

(3)     The clerk is directed to send copies of this Order to Petitioner, counsel for
Respondent,  and to the Hon. J. Kelley Arnold Strombom.

24

DATED this 9th day of December, 2005.

25

26

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

27

28

ORDER - 1